Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.

## Commonwealth *v.* Chatary, Appellant.

Argued December 12, 1967. *David B. Fitzgerald,* with him *Fitzgerald & Yatsko,* for appellant; *Richard A. Devlin,* Assistant District Attorney, with him *Henry T. Crocker,* Assistant District Attorney, and *Richard S. Lowe,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.

## Commonwealth *v.* Covington, Appellant.

Submitted December 11, 1967. *Richard L. Hahn,* and *Modell, Pincus, Hahn & Reich,* for appellant; *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Dagge, Appellant.

Argued December 11, 1967.

*Joseph F. Mulcahy, Jr.,* for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, with him *Vram S. Nedurian,* Assistant District Attorney, *John R. Graham,* First Assistant District Attorney, and *Paul R. Sand,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.

## Commonwealth *v.* Dagge et al. (Roberts, Appellant).

Submitted December 11, 1967.

*James P. McHugh,* for appellant; *Ralph B. D'Iorio* and *Vram S. Nedurian,* Assistant District Attorneys, *John R. Graham,* First Assistant District Attorney, and *Paul R. Sand,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Finney, Appellant.

Submitted December 11, 1967.

*Paige Finney,* appellant, in propria persona; *Paul R. Michel* and *Alan J. Davis,* Assistant District Attor-